### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATHANIEL DEWAYNE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 24-cv-0241-CVE-CDL |
| ) | |
| MIKE REED in his official capacity ) | |
| as Mayes County Sheriff, et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), all parties hereby stipulate to the dismissal with prejudice of all claims by the Plaintiff as to all Defendants. The parties will each bear their own attorneys' fees and costs.

Respectfully submitted,

 s/Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Jessica James Curtis, OBA No. 35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
jjamescurtis@piercecouch.com
***Attorneys for Defendant John Black***

s/Robert M. Blakemore (signed with permission)
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA No. 18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
(918) 585-2667
(918) 585-2669 Fax
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
***Attorneys for Plaintiff***

s/Anthony C. Winter (signed with permission)
Sean Snider, OBA #22307
Anthony C. Winter, OBA #32148
Vanessa O. Martinez, OBA #34165
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: ssnider@johnsonhanan.com
E-Mail: awinter@johnsonhanan.com
E-Mail: vmartinez@johnsonhanan.com
***Attorneys for Defendants Turn Key Health Clinics, LLC***

s/Rebecca Boyer (signed with permission)
Chris J. Collins, OBA No. 1800
Rebecca A. Boyer, OBA No. 31847
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail: cjc@czwlaw.com
cjc@czwlaw.com
rab@czwlaw.com
***Attorneys for Defendant Mike Reed, in his official capacity as Mayes County Sheriff***

**CERTIFICATE OF SERVICE**

    I certify that on the 8th day of December, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and the transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action:

| | |
|---|---|
| Brendan McHugh | mchugh8@att.net |
| Daniel Smolen | danielsmolen@ssrok.com |
| Bryon Helm | bryonhelm@ssrok.com |
| Robert M. Blakemore | bobblakemore@ssrok.com |
| Chris Collins | cjc@czwlaw.com |
| Clark Crapster | cwc@czwlaw.com |
| Rebecca Boyer | rab@czwlaw.com |
| Steve Geries | slg@czwlaw.com |
| Anthony Winter | awinter@johnsonhanan.com |
| Sean Snider | ssnider@johnsonhanan.com |
| Vanessa Martinez | vmartinez@johnsonhanan.com |

                                                s/ Jessica L. Dark
                                                Jessica L. Dark